DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD CLAYMAN,**
Appellant,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2025-0740

[June 4, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri Lyn Collins, Judge; L.T. Case No. 502023CC011679XXXAMB.

Chad Andrew Barr and Dalton L. Gray of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellant.

David Andrew Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***